```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                       JACKSONVILLE DIVISION
```

WILLIS BAILEY, Jr.,

      Plaintiff,

v.                             CASE NO. 3:09-cv-1003-J-34HTS

DEPARTMENT OF THE TREASURY,
BUREAU OF THE PUBLIC DEBT,

      Defendant.

## REPORT AND RECOMMENDATION[1]

On October 6, 2009, Plaintiff filed a complaint (Doc. #1). After noting there was "no indication Mr. Bailey ha[d] paid the required filing fee[,]" Order (Doc. #7; Order) at 1; *cf*. 28 U.S.C. § 1914, Plaintiff was provided with an opportunity to pay the fee or submit a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. *See id.* at 1-2. Mr. Bailey failed to pay the fee or file the necessary request, and on December 3, 2009, the Court entered an Order to Show Cause (Doc. #10; Order to Show Cause) directing him "to show cause on or before December 15, 2009, why it should not be recommended this case be dismissed for failure to prosecute." Order to Show Cause (capitalization and emphasis

---

[1] Specific, written objections may be filed in accordance with 28 U.S.C. § 636 and Rule 6.02, Local Rules, United States District Court, Middle District of Florida, within fourteen (14) days after service of this document. Failure to file timely objections shall bar the party from a *de novo* determination by a district judge and from attacking factual findings on appeal.

omitted). As of this date, Plaintiff has not responded to either the Order or the Order to Show Cause.

Accordingly, it is recommended this action be dismissed for failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida.

**DONE AND ENTERED** at Jacksonville, Florida, this 4th day of January, 2010.

>　　　　　　　　　　　　　　/s/　　　Howard T. Snyder
>　　　　　　　　　　　　　　HOWARD T. SNYDER
>　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Copies to:

The Honorable Marcia Morales Howard
United States District Judge

Counsel of record
　　and pro se parties, if any